UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KLUGE DESIGN, INC.,

Plaintiff,

vs.

GENTRA SYSTEMS, INC.,

Defendant.

Civil File No. 02-234 JMR/SRN

**STIPULATION AND ORDER REGARDING AMENDMENT OF PLEADINGS**

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Kluge Design, Inc. and defendant Gentra Systems, Inc., through their respective counsel of record, that each party may file amended pleadings pursuant to Fed. R. Civ. P. 15(a). Pursuant to that agreement, the parties hereby stipulate and agree as follows:

1. Kluge Design, Inc. is entitled to file its proposed Amended Complaint, in the form submitted with its motion to amend.
2. Gentra Systems, Inc. is entitled to file its Amended Answer and Counterclaim, in the form submitted with its motion to amend.
3. Kluge Design, Inc. will serve its Amended Complaint by April 15, 2003.
4. Gentra Systems, Inc. will serve its Answer and Amended Counterclaim by April 21, 2003.
5. Kluge Systems, Inc. will reply to the Amended Answer and Counterclaim by April 25, 2003.

APR 14 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: April 9, 2003

DORSEY & WHITNEY LLP

By______________________

J. Thomas Vitt (#183817)
Andrew J. Cosgrove (#318760)
Suite 1500, 50 South Sixth Street
Minneapolis, Minnesota 55402-1498
Telephone: (612) 340-2600

Attorneys for Defendant
Gentra Systems, Inc.

Dated: April 11, 2003

MACKALL, CROUNSE & MOORE, PLC.

By______________________

Timothy J. Grande
James A. Wahl
1400 AT&T Tower
Minneapolis, Minnesota 55402
Telephone: (612) 305-1400

Attorneys for Plaintiff
Kluge Design, Inc.

**ORDER**

It is hereby ordered that the parties may amend their pleadings in accordance with the foregoing stipulation of counsel.

Dated: 4/14/03

______________________
Susan Richard Nelson, Magistrate Judge
United States District Court