UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KLUGE DESIGN, INC.,

Plaintiff,

v.

GENTRA SYSTEMS, INC.,

Defendant.

Civil File No. 02-234 JMR/SRN

**STIPULATION MODIFYING SCHEDULING ORDER**

Plaintiff Kluge Design, Inc. and Defendant Gentra Systems, Inc., through their undersigned counsel of record, hereby stipulate that the Pretrial Schedule may be modified as indicated in the attached Pretrial Scheduling Order, as discussed with the Court in a telephone conference on April 18, 2003.

Dated: 4-29, 2003

MACKALL, CROUNSE & MOORE, PLC

By ______________________
Timothy J. Grande #15040X
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, Minnesota 55402
Telephone: (612) 305-1400

Attorneys for Plaintiff
Kluge Design, Inc.

FILED MAY 30 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: 4 . 28, 2003

DORSEY & WHITNEY LLP

By [signature]
J. Thomas Vitt #183817
Andrew J. Cosgrove #318760
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Defendant
Gentra Systems, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KLUGE DESIGN, INC.,

Plaintiff,

v.

GENTRA SYSTEMS, INC.,

Defendant.

Civil File No. 02-234 SRN

**AMENDED PRETRIAL SCHEDULING ORDER**

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective November 1, 1996, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

**Discovery Plan**

1. Fact discovery shall be commenced in time to be completed by June 2, 2003.

2. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and full disclosure of expert testimony, required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   1. By the Party with the burden of proof on or before April 17, 2003.

   2. Rebuttal on or before May 16, 2003.

   3. Supplemental expert reports on or before June 2, 2003.

   The parties shall each be allowed to have an additional expert report on issues related to the valuation of patent rights and alleged damages stemming from the allegedly wrongful assignment of Kluge Design's patent rights, as raised by the Plaintiff's Amended Complaint, pursuant to

the following schedule:

1. Plaintiff to identify expert witness and provide expert report on patent issues by June 1, 2003.

2. Defendant to identify expert witness and provide responsive expert report by July 1, 2003.

3. Plaintiff to provide supplemental expert report, if any, by July 15, 2003.

All expert depositions shall be completed by August 15, 2003.

3. No more than 25 interrogatories [counted in accordance with Fed. R. Civ. P. 33(a)] shall be served by any party.

4. No more than 10 depositions, excluding expert witness depositions, shall be taken by any party. Each party shall take no more than 2 expert depositions.

**Mediation**

The parties shall engage in mediation before Magistrate Judge Boylan at a date and time to be scheduled by the Court.

**Non-Dispositive Motions**

(Non-dispositive motions may be scheduled for hearing by calling Beverly Riches, Calendar Clerk, 651-848-1200).

1. All motions which seek to amend the pleadings or add parties must be served by March 12, 2003. This deadline does not apply to motions which seek to amend the complaint to add a claim for punitive damages. Such motions must be brought on or before June 15, 2003.

2. All non-dispositive motions related to fact discovery or other non-expert matters shall be served and filed by June 15, 2003. All non-dispositive motions related to expert discovery shall be served and filed by August 15, 2003.

3. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

**Dispositive Motions**

1. All dispositive motions shall be served and filed by June 30, 2003. A dispositive motion hearing is scheduled for July 8, 2003 at 2:00 p.m.

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

**Trial**

This case shall be ready for trial (COURT) on September 22, 2003. Anticipated length of trial is 7 days.

Dated: May 30, 2003

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge