UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KLUGE DESIGN, INC.,

Plaintiff,

v.

GENTRA SYSTEMS, INC.,

Defendant.

Case No. 02-234 JMR/SRN

**ORDER**

Pursuant to the Stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED as follows:

1. This action is hereby dismissed with prejudice and without costs to any party.
2. The Clerk shall enter judgment accordingly.

Dated: 9/22/03

Susan Richard Nelson
Susan R. Nelson
United States Magistrate Judge

TJG/jmm#674754v1

SEP 22 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK