AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Kluge Design, Inc.

V.

Gentra Systems, Inc.

**JUDGMENT IN A CIVIL CASE**

Case Number: 02-CV-234 JMR/SRN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1) This action is hereby dismissed with prejudice and without costs to any party.
2) The Clerk shall enter judgment accordingly.

September 22, 2003
Date

RICHARD D. SLETTEN, CLERK

Jackie Mehl
(By) Jackie Mehl, Deputy Clerk